UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

The United States of America,   Case No. 13-CR-150 (SRN/FLN)

    Plaintiff,

v.   ORDER ADOPTING REPORT
   AND RECOMMENDATION

Derek Edward Benedict (01),
Lyle Robert Carpenter (02),
Julia Jean Julien (03),
Jennifer Suzann Stanley (07),

    Defendants.
_____

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Franklin L. Noel. No objections to the Report and Recommendation were filed within the requisite time period. Based upon the foregoing and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Benedict's motions to suppress (ECF Nos. 150 and 151) are DENIED.

2. Defendant Benedict's motion for disclosure of electronic surveillance (ECF No. 154) is DENIED as moot.

3. Defendant Carpenter's motion to suppress statements and evidence (ECF No. 87) is GRANTED in part and DENIED in part, as follows:

    A. To the extent Carpenter seeks to suppress his 2009 pre–Miranda statements, the motion is GRANTED.

    B. In all other respects, Carpenter's motion is DENIED.

4. Defendant Stanley's motion to suppress (ECF No. 99) is DENIED as moot.

5. Defendant Julien's motion to suppress (ECF No. 120) is DENIED as moot.

Dated: September 17, 2013

                                          s/Susan Richard Nelson
                                          SUSAN RICHARD NELSON
                                          United States District Judge